## DISPOSITION OF ESTATE PROPERTY

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |
|  |  |
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
|  |  |
|  |  |
|  |  |

| | | |
|---|---|---|
| TOTAL RECEIPTS | $ | 8,412.63 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $ | 0.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $ | 2,529.85 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 05-37596 JDS
Case Name: LOPEZ, SHEILA A
Period Ending: 06/30/08

Trustee: (330480) DEBORAH K. EBNER
Filed (f) or Converted (c): 09/15/05 (f)
§341(a) Meeting Date: 10/24/05
Claims Bar Date: 01/25/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Household Goods | 600.00 | 0.00 | | 0.00 | FA |
| 2 | Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 3 | Jewelry | 250.00 | 0.00 | | 0.00 | FA |
| 4 | 401(k) plan | 179.85 | 0.00 | | 0.00 | FA |
| 5 | Automobiles | 8,215.00 | 0.00 | | 0.00 | FA |
| 6 | Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Real Star-Term Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 65.77 | Unknown |
| 8 | **Assets** Totals (Excluding unknown values) | **$9,544.85** | **$0.00** | | **$65.77** | **$0.00** |

**Major Activities Affecting Case Closing:**

Partition suit involving property of estate pending in state court. Trustee has retained counsel (not yet of record) & contemplates removal of suit to bankruptcy court, after Trustee is joined as a party. Removed litigation settled and funds recently received from Clerk of State Court. Claim review to go forward and case now ready for closing.

Initial Projected Date Of Final Report (TFR):  December 31, 2008     Current Projected Date Of Final Report (TFR):  December 31, 2009