UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| **SHEILA LOPEZ,** ) | | Case No. 05-37596 JDS |
| ) | | |
| Debtor(s). ) | | Hon. **JOHN D. SCHWARTZ** |

**AMENDED Notice of Trustee's Final Report, Hearing on Applications for Compensation, and Hearing on the Abandonment of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: **United States Bankruptcy Court, 219 S. Dearborn, Courtroom 719, Chicago, Illinois 60604**

   On: **August 28, 2008**          Time: **10:00 A.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---:|
   | Receipts | $8,412.63 |
   | Disbursements | $15.85 |
   | Net Cash Available for Distribution | $8,396.78 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---:|---:|---:|
   | DEBORAH K. EBNER TRUSTEE<br>*Trustee Compensation* | $0.00 | $1,591.26 | $21.803 |

5. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%. Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| none | | | |

6. Claims of general unsecured creditors totaling $24,861.23 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 27.29%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Citibank (South Dakota) | $24,186123 | $6,783.72 |
| 000002 | Podalak, Inc. | $0.00 | $0.00 |
| 000003 | Eileen M. Lewis | $0.00 | $0.00 |
| 000004 | American Express Centurion Bank | $0.00 | $0.00 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, Dirksen Federal Courthouse, 219 South Dearborn, 7th Floor, Chicago, IL 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has not been discharged.

10. The Trustee proposes to abandon the following property at the hearing: None.

Dated: **July 28, 2008**                         For the Court,


By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
CLERK OF BANKRUPTCY COURT
219 South Dearborn Street, 7th Floor
Chicago, IL 60604

Trustee:   Deborah Kanner Ebner
           Law Offices of Deborah Kanner Ebner
Address:   11 East Adams Street
           Suite 800
           Chicago, IL 60603-0000
Phone No.: (312) 922-3838