UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| **SHEILA LOPEZ,** | ) | Case No. 05-37596 JDS |
| | ) | |
| Debtor(s). | ) | Hon. **JOHN D. SCHWARTZ** |

**Notice of Trustee's Final Report, Hearing on Applications for Compensation, and Hearing on the Abandonment of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: **United States District Courthouse, 219 S. Dearborn Street, Chicago, IL 60604 Courtroom No. 719**

   On: **August 28, 2008**          Time: **10:00 A.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---:|
   | Receipts | $8,412.63 |
   | Disbursements | $15.85 |
   | Net Cash Available for Distribution | $8,396.78 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---:|---:|---:|
   | DEBORAH K. EBNER TRUSTEE | $0.00 | $1,591.26 | $21.803 |

   *Trustee Compensation*

5. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%. Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| none | | | |

6.  Claims of general unsecured creditors totaling $24,861.23 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 27.29%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Citibank (South Dakota) | $24,186123 | $6,783.72 |
| 000002 | Podalak, Inc. | $0.00 | $0.00 |
| 000003 | Eileen M. Lewis | $0.00 | $0.00 |
| 000004 | American Express Centurion Bank | $0.00 | $0.00 |

7.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, Dirksen Federal Courthouse, 219 South Dearborn, 7th Floor, Chicago, IL 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.  Debtor has not been discharged.

10. The Trustee proposes to abandon the following property at the hearing: None.

Dated: **July 28, 2008**                                    For the Court,


                                                            By:   **KENNETH S. GARDNER**
                                                                  Kenneth S. Gardner
                                                                  CLERK OF BANKRUPTCY COURT
                                                                  219 South Dearborn Street, 7th Floor
                                                                  Chicago, IL 60604

Trustee:    Deborah Kanner Ebner
            Law Offices of Deborah Kanner Ebner
Address:    11 East Adams Street
            Suite 800
            Chicago, IL 60603-0000
Phone No.:  (312) 922-3838

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

596   Doc 47   Filed 07/28/08   Entered 07/31/08 00:41:30   Desc Imaged
Certificate of Service   Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1            User: sward             Page 1 of 1         Date Rcvd: Jul 28, 2008
Case: 05-37596                  Form ID: pdf002         Total Served: 13


The following entities were served by first class mail on Jul 30, 2008.
db           +Sheila A Lopez,    5821 S Nordica,    Chicago, IL 60638-3114
aty          +Travis W Thompson,    Macey & Chern,    20 West Kinzie,    Suite 1300,    Chicago, IL 60610-7948
tr           +Deborah Kanner Ebner,    11 E Adams St,    Suite 800,    Chicago, IL 60603-6324
9827275       AT&T Universal Card,    PO Box 688902,    Des Moines, IA 50368-8902
10608225      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
9827276       Bank of America,    P.O. Box 5270,    Carol Stream, IL 60197-5270
10558424     +Citibank (South Dakota),    Exception Payment Processing,    P O BOX 6305,
               The Lakes, NV 88901-6305
9827277      +Direct Merchants Bank,    P.O. Box 60019,    City Of Industry, CA 91716-0019
10572138     +Eileen M Lewis,    Joseph T FitzSimmons,    Attorney at Law,    5908 N Neva St,
               Chicago, IL 60631-2443
9827278       Harris Bank,    111 W. Monroe,    P.O. Box 755,    Chicago, IL 60690-0755
9827274      +Jeffrey J. Aleman,    Macey & Aleman,    20 W. Kinzie,    13th Floor,    Chicago, IL 60610-6392
10565984     +Podalak, Inc.,    c/o Lee DeWald, Esquire,    1237 South Arlington Heights Road,
               Arlington Heights, IL 60005-3142
9827279       Providian Processing Services,    PO Box 660487,    Dallas, TX 75266-0487

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9827273*     +Sheila A Lopez,    5821 S. Nordica,    Chicago, IL 60638-3114
                                                                                           TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jul 30, 2008**                    **Signature:** _Joseph Speetjens_